1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN OLSEN,

                    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

Case No. C23-5091 RSM

**ORDER TO SHOW CAUSE
REGARDING FILING
DEFICIENCIES**

13

14

15

16

17

      Plaintiff submitted an *in forma pauperis* (IFP) application on February 5, 2023.  Dkt. 1.
The Clerk's Office sent Plaintiff a letter the following day informing her that her application was
blank or unsigned, and advised Plaintiff to file a corrected IFP application by March 8, 2023.
Dkt. 2.  To date, Plaintiff has not filed a corrected IFP application.  The Court also notes Plaintiff
used different names on the IFP application and on the Civil Cover Sheet.  *See* Dkt. 1 at 2–3.

18

19

20

      Accordingly, the Court hereby ORDERS Plaintiff to cure the deficiencies discussed
above by no later than March 16, 2023.  Failure to do so by this date may result in the dismissal
of this case.

21

      DATED this 9th day of March, 2023.

22

23

Ricardo S. Martinez
United States District Judge

ORDER TO SHOW CAUSE REGARDING
FILING DEFICIENCIES - 1