UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN OLSEN,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C23-5091 RSM

**ORDER TO FILE AMENDED COMPLAINT**

Plaintiff filed a complaint on February 5, 2023 (Dkt. 1–2), and submitted an amended *in forma pauperis* (IFP) application and Civil Cover Sheet on March 16, 2023. Dkt. 4, 4–1. In the amended IFP application and Civil Cover Sheet, Plaintiff's name is spelled "Karena Olsen." *Id.* In the caption of the complaint, however, Plaintiff's name is spelled as "Karen Olsen." Dkt. 1–2 at 1. The Court assumes the different spellings of Plaintiff's name in these submissions are due to scrivener's error, but nonetheless, the Court is unclear as to which spelling of Plaintiff's name is correct. Accordingly, the Court hereby ORDERS Plaintiff to file an amended complaint, IFP application, and Civil Cover Sheet with the proper spelling of Plaintiff's name by no later than March 27, 2023. Failure to do so by this date may result in the dismissal of this case.

DATED this 22nd day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO FILE AMENDED
COMPLAINT - 1