UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARENA OLSEN,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5091 RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

    The Court **GRANTS** Plaintiff's amended *in forma pauperis* application, Dkt. 4, and **ORDERS**:

    1.  The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

    2.  Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

    DATED this 27th day of March, 2023.

                                              Ricardo S. Martinez
                                            United States District Judge